IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:96-CR-54-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| WESLEY HODGE, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). [DE 168]. Defendant requests to withdraw his previously filed motion. [DE 171]. For good cause shown, defendant's motion to withdraw [DE 171] is GRANTED and his motion to reduce sentence [DE 168] shall be WITHDRAWN from consideration.

SO ORDERED, this 3 day of February, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE